UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

RE:   Calvin Harrison                                            CASE NO. 11-36765-H1
      Jacqueline D. Harrison

## CHAPTER 13 TRUSTEE'S NOTICE OF INTENT TO DISBURSE ADJUSTED MORTGAGE AMOUNT

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

DAVID G. PEAKE, CHAPTER 13 TRUSTEE, is in receipt of a notice of adjusted mortgage installment payment due on a claim provided for in the Debtor's Chapter 13 Plan pursuant to 11 U.S.C. § 1322(b)(5).

The name of the claimant is :  CITIMORTGAGE INC

| | |
|---|---|
| Old payment: | $1,663.00 |
| New payment: | $1668.28 Effective 09/01/2011 |
| New payment: | $1651.71 Effective 10/01/2011 |

A copy of the notice of adjusted amount is attached as "Exhibit 1".

The Trustee has reviewed the proposed payment adjustment and intends to comply with the new payment amount.

Pursuant to the "Chapter 13 Trustee Procedures for Administration of Home Mortgage Payments" (Amended December 1, 2011), notice is hereby given that the Trustee will comply with the proposed change in the payment amount.

Respectfully Submitted:

Dated: 4/24/2012

/s/David G. Peake
David G. Peake
9660 Hillcroft, Ste 430
Houston, TX  77096
(713)283-5400

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a true and correct copy of this TRUSTEE'S NOTICE OF INTENT TO DISBURSE by regular United States mail, postage prepaid to the Debtors and the Debtors' attorney on this the 24th of April, 2012.

Debtors:
Calvin Harrison
Jacqueline D. Harrison
6435 Wilshire Ridge
Houston, TX 77040

Debtors' Attorney:
MICHAEL G BUSBY
BUSBY & ASSOCIATES
2909 HILLCROFT SUITE 350
HOUSTON, TX 77057